UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CAROLYN REED and | ) | |
| CAROLYN & GLENN'S CATERING, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | No. 3:12-0659 |
| v. | ) | Judge Campbell/Brown |
| | ) | **Jury Demand** |
| CITY OF GALLATIN, TENNESSEE, | ) | |
| | ) | |
| Defendant | ) | |

**O R D E R**

A telephone conference was held with the parties on December 10, 2012. The Defendant advised that they intended to file a motion to dismiss in the near future. They wanted to delay active discovery until that was ruled on.

The Defendant is cautioned that if they put anything in their motion outside of the record, it will in all likelihood be converted to a summary judgment motion, and if so, they should strictly comply with the local rules concerning summary judgment.

The parties are advised that the Magistrate Judge remains available to assist with alternative dispute resolution at any point. At this juncture in the case it appears that the Defendant would prefer to wait for a ruling on their anticipated motion before entertaining alternative dispute resolution.

The Magistrate Judge is willing to extend the discovery deadlines, provided that the trial date is not affected. Any delay that would affect the trial date will, of necessity, require a motion to continue, which Judge Campbell will rule on.

It is so **ORDERED.**

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge