IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAROLYN REED, et al. | ) |
| | ) |
| v. | ) NO. 3-12-0659 |
| | ) JUDGE CAMPBELL |
| CITY OF GALLATIN, TENNESSEE | ) |

ORDER

Pending before the Court is Defendant's Motion for Judgment on the Pleadings (Docket No. 12), for which Defendant filed a Reply (Docket No. 15), and to which Plaintiffs have filed an untimely Response (Docket No. 16).

For the reasons stated in the accompanying Memorandum, Defendant's Motion for Judgment on the Pleadings is GRANTED in part and DENIED in part. Plaintiffs' claim for disparate impact is DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE