```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

CAROLYN REED and                )
CAROLYN & GLENN'S CATERING,     )
                                )
        Plaintiffs              )
                                )   No. 3:12-0659
v.                              )   Judge Campbell/Brown
                                )   **Jury Demand**
CITY OF GALLATIN, TENNESSEE,    )
                                )
        Defendant               )

## **O R D E R**

The parties have filed an agreed motion to extend discovery and dispositive motion deadlines (Docket Entry 19). This motion is **GRANTED** as follows.

Discovery deadline is changed to **April 17, 2013**. The dispositive motion deadline is reset for **May 15, 2013**. Responses will be due within **21 days**, and replies, limited to **five pages**, will be due within **seven days**.

The parties are cautioned that the Magistrate Judge does not have any further flexibility to change dispositive motion deadlines with the current trial date. The parties are also advised that the Magistrate Judge stands ready to assist with alternative dispute resolution at any time.

It is so **ORDERED.**

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge