IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CAROLYN REED )
)
v. ) NO. 3-12-0659
) JUDGE CAMPBELL
CITY OF GALLATIN )

ORDER

Pending before the Court is Plaintiff's Motion for Extension of Time (Docket No. 38). On May 15, 2013, Defendant filed a Motion for Summary Judgment, to which a Response is due 21 days after service of the Motion. Local Rule 56.01(a). In addition, three days are added after service by electronic means. Fed. R. Civ. P. 6(d) and 5(b)(2)(E). Accordingly, Plaintiff's Response is due on June 10, 2013. Any Reply shall be filed by June 27, 2013. Therefore, Plaintiff's Motion (Docket No. 38) is moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE